AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:05 pm, Jan 27, 2021

PETER PHILLIP HENDERSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV520-45

TIMOTHY C. WARD, et al., all in their individual and
official capacities,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 26th day of January 2021, the Report and

Recommendation of the Magistrate is ADOPTED as the opinion of the Court. Therefore, Plaintiff's

Complaint is DISMISSED in its entirety, and Plaintiff is DENIED in forma pauperis status on

appeal. This case stands CLOSED.

Approved by:

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT GEORIGA

January 24, 2021
_Date_

John E. Triplett, Acting Clerk
_Clerk_

_(By) Deputy Clerk_

GAS Rev 10/2020